No. 02–5814.  HOUGH v. ANDERSON.  C. A. 7th Cir.  Certiorari denied.

No. 02–5960.  SYME v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–5976.  MCGOWAN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6027.  PITSONBARGER v. SCHOMIG, WARDEN.  Sup. Ct. Ill.  Certiorari denied.

No. 02–6058.  LANCE v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 02–6064.  CASTRO PEREZ v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 02–6097.  JOHNSON v. MCKUNE, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–6111.  WILSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6459.  SILVA v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 02–6479.  HITTER v. WELDON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–6484.  HELDRETH v. ALLSTATE INSURANCE CO. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–6489.  ANDERSON v. KENNEY, WARDEN.  Ct. App. Neb.  Certiorari denied.

No. 02–6496.  SPEAR v. JAMROG, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–6498.  ORTIZ-SALGADO v. WATKINS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–6504.  MORA v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.